IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION,

    Plaintiff,

v.                                                                                  Case No.

(1) ATHLON PHARMACEUTICALS, Inc.,
a Mississippi Corporation,

                                                **JURY TRIAL DEMANDED**

    Defendant.

## COMPLAINT

This is an action under Title VII of the Civil Rights Act of 1964, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of retaliation and to provide appropriate relief to Michael Morey. The Equal Employment Opportunity Commission alleges that the Defendant, Athlon Pharmaceuticals, Inc. ("Athlon"), violated Title VII when it retaliated against Michael Morey for his reporting of and opposition to practices made unlawful by Title VII .

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to §§ 706(f)(1) & (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) & (3) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Oklahoma.

## PARTIES

2. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by §706(f)(1) & (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

3. At all relevant times, Defendant has continuously been and is now doing business in the State of Oklahoma and the City of Oklahoma City, and has continuously had at least fifteen employees.

4. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e- (b), (g) and (h).

## STATEMENT OF CLAIMS

5. More than thirty days prior to the institution of this lawsuit, Michael Morey filed a charge with the Commission alleging a violation of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

6. Since at least August of 2004, Defendant has engaged in unlawful employment practices in Oklahoma City, Oklahoma in violation of Section 704(a) of Title VII, 42 U.S.C. Section 2000e-3(a), by terminating Michael Morey's employment in retaliation for engaging in protected activity, including his reporting of and opposition to the sexual harassment of two female employees by Morey's supervisor and complaining that he was being retaliated against for reporting the harassment.

7.      The practices complained of above were intentional and designed to deprive Michael Morey of equal employment opportunities and otherwise adversely affect his status as an employee.

8.      The unlawful employment practices complained of above were committed with malice or with reckless indifference to the federally protected rights of Michael Morey.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining the Defendant, Athlon, its officers, successors, assigns, and all persons in active concert or participation with it, from retaliating against employees.

B.      Order the Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for Michael Morey and other employees and which eradicate the effects its past and present unlawful employment practices.

C.      Order the Defendant to make whole Michael Morey by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices, including but not limited to rightful-place reinstatement or front pay in lieu of reinstatement.

D.      Order the Defendant to make whole Michael Morey by providing compensation for past and future pecuniary and non-pecuniary losses resulting from the unlawful employment practices described above, including, but not limited to emotional pain, suffering, anxiety, loss of enjoyment of life, humiliation, and inconvenience, in amounts to be determined at trial.

E.      Order the Defendant to pay Michael Morey punitive damages for its malice or reckless indifference to Mr. Morey's federally protected rights described above, in amounts to be determined at trial.

F.      Grant such further relief as the Court deems necessary and proper.

G.      Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a Jury Trial on all questions of fact raised by its complaint.

Respectfully submitted,

**FOR PLAINTIFF U.S. E.E.O.C.:**

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

JEAN P. KAMP
Acting Regional Attorney
St. Louis District Office

BARBARA A. SEELY
Supervisory Trial Attorney
St. Louis District Office

s/Michelle M. Robertson
MICHELLE M. ROBERTSON, OBA #14084
Senior  Trial Attorney


**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**
Area Office for the State of Oklahoma
215 Dean A. McGee Avenue, Suite 524
Oklahoma City, Oklahoma 73102
Tel No.  405-231-4363
Fax No. 405-231-5816